[No. 39604-8-I.    Division One.    February 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES D. PATTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-03305-9, Richard A. Jones, J., entered October 16, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39773-7-I.    Division One.    February 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE R. CARROLL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-03283-9, JoAnne Alumbaugh, J., entered November 18, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 39796-6-I.    Division One.    February 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DARLENE BROWN, *Defendant*, WINSTON LAMAR GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-05926-7, Ricardo S. Martinez, J., entered January 17, 1997. *Dismissed* by unpublished per curiam opinion.

[No. 39818-1-I.    Division One.    February 17, 1998.]

*In the Matter of the Marriage of* CAREY F. DALY, II, *Appellant*, and JEANETTE E. DALY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 88-3-04782-4, Sally Phillips Pasette, J., entered November 12, 1996. *Remanded* by unpublished per curiam opinion.